**FILED**
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

**JUDGE AMY ST. EVE**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**08CR 237**

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X    YES ☐**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**MAGISTRATE JUDGE COLE**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    **NO X    YES ☐**

6) What level of offense is this indictment or information?    **FELONY X    MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?    **NO X    YES ☐**

8) Does this indictment or information include a conspiracy count?    **NO X    YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............ (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances ... (III) |
| ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses ... (IV) |
| ☐ Bank robbery ......... (II) | X Other Fraud ............ (III) | ☐ Immigration Laws ......... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws ......... (IV) |
| ☐ Assault ............. (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ......... (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting ........ (III) | ☐ Selective Service Act ......... (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ........ (II) | ☐ Obscene Mail ......... (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ....... (III) | ☐ Other Federal Statutes ........ (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. § 1001 and 287

MICHAEL J. FERRARA
Assistant United States Attorney

(Revised 12/99)