Minute Order Form (rev. 4/99)

LF

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE AMY ST. EVE | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 237 | DATE | MARCH 20, 2008 |
| CASE TITLE | US v. NATHANIEL WHITE | | MAGISTRATE JUDGE COLE |

06 GJ 485

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

TO ISSUE BENCH WARRANT. SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE       (ONLY IF FILED
OR MAGISTRATE JUDGE       UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing dpty. initials |
| Notified counsel by telephone. | | | Date mailed notice |
| Docketing to mail notices. | | | |
| Mail AO 450 form. | | | Mailing dpty. initials |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

DOCKET #