# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 237 - 1 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Nathaniel White | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears. Bench warrant issued as to Nathaniel White on 3/21/08 is quashed. Arraignment held. Lewis Myers is appointed as counsel for today's hearing only. Defendant waives formal reading of the indictment and enters a plea of not guilty to all four counts. Parties agree on bond. Enter order setting conditions of release on bond. Defendant is released on a $4,500.00 own recognizance bond. Rule 16.1(a) conference by 4/3/08. Status hearing is set for Monday, 4/7/08 at 9:00 a.m. before Judge St. Eve. Enter excludable time from March 27, 2008 to and including April 7, 2008 pursuant to 18 USC § 3161 (h)(1) (X-E).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|