## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 237 - 1 | **DATE** | 4/4/2008 |
| **CASE TITLE** | USA vs. Nathaniel White | | |

**DOCKET ENTRY TEXT**

Pursuant to the minute order of 3/27/08: All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|