UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

FILED
4-7-08
APR - 7 2008
JUDGE AMY ST. EVE
United States District Court

| In the Matter of | Case |
|---|---|
| USA v NATHANIEL WHITE | 08CR237 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nathaniel White

| | |
|---|---|
| SIGNATURE  s/ *Helen Lee* | HELEN J. KIM |
| FIRM  FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS  55 E. MONROE, STE 2800 | |
| CITY/STATE/ZIP  CHICAGO  IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6243248 | TELEPHONE NUMBER  (312) 621-8344 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☑