## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                  Case No.: 1:08–cr–00237
                                                      Honorable Amy J. St. Eve

Nathaniel White

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:as to Nathaniel White, ( Status hearing set for 5/7/2008 is stricken and reset to 5/8/2008 at 08:45 AM.), Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(i) time is excluded in the interest of justice beginning 5/6/2008 to 5/8/2008. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.