UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Nathaniel White

Defendant.

Case No.: 1:08−cr−00237
Honorable Amy J. St. Eve

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

MINUTE entry before the Honorable Amy J. St. Eve:as to Nathaniel White, Status hearing held on 6/5/2008. Defendant's oral motion to modify conditions of release is granted. Bond is modified to permit Defendant to travel to Tennessee from 7/10/2008 to 7/13/2008 with advance notice, itinerary and approval of the Pretrial Services Officer. ( Change of Plea Hearing set for 7/2/2008 at09:00 AM. A copy of the plea agreement to be submitted to chambers no later than 4:00 PM on 7/1/2008.), Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(i) time is excluded in the interest of justice beginning 6/5/2008 to 7/2/2008. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.