## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.    Case No.: 1:08–cr–00237
     Honorable Amy J. St. Eve

Nathaniel White

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:as to Nathaniel White: At defendant's counsel's request, change of plea hearing set for 7/2/08 is stricken and reset to 7/9/08 at 9:00 a.m. Parties are to submit a copy of the plea agreement to chambers no later than 4:00 p.m. on 7/8/08. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.