## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 237 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | United States vs. Nathanial White | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held on 7/9/08. Defendant withdraws plea of not guilty and enters a plea of guilty to Count I of the Indictment. Plea Agreement signed in open court. Defendant informed of his rights. Judgment of guilty entered. Cause referred to the Probation Office for a Pre-Sentence Investigation Report. Government to file its version by or on 7/16/08. Defendant to file his version by or on 7/23/08. Sentencing set for 9/11/08 at 9:30 a.m. Same bond to stand.

Docketing to mail notices.

00:10

| | U.S. DISTRICT COURT FILED 2008 JUL -9 PM 2:39 | Courtroom Deputy Initials: | KF |
|---|---|---|---|